IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 0:24-215 |
| ) | 18 U.S.C. § 2 |
| ) | 18 U.S.C. § 981(a)(1)(C) |
| ) | 18 U.S.C. § 982(a)(2)(A) |
| ) | 18 U.S.C. § 1028A |
| v.                                          ) | 18 U.S.C. § 1343 |
| ) | 18 U.S.C. § 1349 |
| ) | 28 U.S.C. § 2461(c) |
| ) | |
| **TIMOTHY LEE WATFORD** ) | |
| **LAMPHREY KPAKPO JAMES, III** ) | |
| **CLARIS SAILOMAN** ) | |
| **RAHEEM RICHARDSON** ) | |
| **QUANETTA CROSBY** ) | |
| **SHA-MALCOLM CALHOUN** ) | **SEALED INDICTMENT** |

THE GRAND JURY CHARGES:

At all times relevant to this Indictment:

1. Lowe's Home Improvement (Lowe's or Lowe's Hardware) is a corporation with its headquarters located in Mooresville, North Carolina. Lowe's operates a chain of retail stores with thousands of locations around the United States, including locations within the District of South Carolina. Lowe's specializes in providing building materials and supplies.

2. Lowe's customers can use credit cards issued by Synchrony Bank to make purchases at Lowe's stores or, alternatively, construction companies can use a commercial charge account. These accounts allow construction companies the flexibility to receive building materials on a short-term basis without prior payment for the materials.

1

3.      In order to bill items to a commercial charge account, an authorized buyer listed on the account has to present photo identification or otherwise verify that they are an authorized user of the commercial account.

## SCHEME AND ARTIFACE TO DEFRAUD

4.      From on or about June 7, 2023 through December 5, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD, LAMPHREY KPAKPO JAMES, III, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, SHA-MALCOM CALHOUN,** and others known and unknown to the grand jury, intentionally devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, by obtaining building materials from Lowe's Hardware using fraudulent photo identifications of Lowe's commercial charge account customers to bill or charge the corresponding commercial accounts without the permission of the commercial account holder and with the intent to permanently obtain the building materials without repaying the charges incurred on the commercial accounts.

## MANNER AND MEANS

It was part of the scheme that:

5.      On or about June 7, 2023 through December 5, 2023, a series of purchases were made on commercial charge accounts by defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, SHA-MALCOLM CALHOUN,** and others known and unknown to the grand jury, at

Lowe's Home Improvement stores in Georgia, North Carolina, South Carolina, and Florida.

6. To make purchases on the commercial charge accounts the defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, and SHA-MALCOLM CALHOUN** would represent themselves to be employees or authorized representatives of the construction companies with active commercial accounts at Lowe's Hardware.

7. The defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, and SHA-MALCOLM CALHOUN** would shop for various building materials and pay for the materials by charging the commercial charge account for a specific business.

8. In order to bill the commercial charge account for a specific business, the defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, and SHA-MALCOLM CALHOUN** would present a photo identification that purported to be an authorized buyer on the charge account.

9. The photo identification would bear the name and address of the authorized buyer with a photo of one of the defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, and SHA-MALCOLM CALHOUN**.

10. The business names and authorized buyer's information was provided to defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY and SHA-MALCOLM CALHOUN** by

**LAMPHREY KPAKPO JAMES, III,** by means of wire communication in or affecting interstate commerce.

## COUNT 1
### (Conspiracy)

11. Paragraphs 1 through 10 are incorporated herein by reference as setting forth a scheme and artifice to defraud.

12. That on or about June 7, 2023 through December 5, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD, LAMPHREY KPAKPO JAMES, III, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, SHA-MALCOLM CALHOUN** and others known and unknown to the grand jury knowingly and intentionally combined, conspired, confederated, agreed, and had a tacit understanding to knowingly devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, transmitted or caused to be transmitted by means of wire, radio, or television communication in interstate commerce, any writings, signs, signals, picture or sounds for the purpose of executing the scheme and artifice, in violation of Title 18 United States Code, Section 1343;

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-25
### (Wire Fraud)

THE GRAND JURY FURTHER CHARGES:

13.  Paragraphs 1 through 10 are incorporated herein by reference as setting forth a scheme and artifice to defraud.

14.  On or about the dates set forth below, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY, SHA-MALCOLM CALHOUN,** and others known and unknown to the Grand Jury, for the purpose of executing the scheme described above, knowingly and intentionally caused to be transmitted by means of wire communication in interstate commerce the signals, signs, and sounds to obtain building materials to which they were not entitled:

| Count | Defendant(s) | Date Purchase Made | Amount Charged |
| --- | --- | --- | --- |
| 2 | TIMOTHY WATFORD | June 23, 2023 | $466.57 |
| 3 | SHA-MALCOLM CALHOUN | October 5, 2023 | $608.28 |
| 4 | SHA-MALCOLM CALHOUN | December 3, 2023 | $542.28 |
| 5 | SHA-MALCOLM CALHOUN | December 4, 2023 | $683.09 |
| 6 | SHA-MALCOLM CALHOUN | December 4, 2023 | $539.76 |
| 7 | SHA-MALCOLM CALHOUN | December 4, 2023 | $658.69 |
| 8 | RAHEEM RICHARDSON | August 2, 2023 | $951.44 |
| 9 | TIMOTHY WATFORD | August 18, 2023 | $2,699.05 |
| 10 | TIMOTHY WATFORD | August 18, 2023 | $934.63 |
| 11 | CLARIS SAILOMAN | July 7, 2023 | $1,488.16 |
| 12 | TIMOTHY WATFORD | October 9, 2023 | $2,469.75 |
| 13 | TIMOTHY WATFORD | October 9, 2023 | $2,581.98 |
| 14 | TIMOTHY WATFORD | October 9, 2023 | $2,703.08 |
| 15 | TIMOTHY WATFORD | October 11, 2020 | $731.81 |
| 16 | QUANETTA CROSBY | August 30, 2023 | $306.24 |
| 17 | QUANETTA CROSBY | September 16, 2023 | $1,021.44 |

| 18 | TIMOTHY WATFORD | August 24, 2023 | $2,917.05 |
| 19 | TIMOTHY WATFORD | August 25, 2023 | $1,044.45 |
| 20 | TIMOTHY WATFORD | August 31, 2023 | $1,154.70 |
| 21 | TIMOTHY WATFORD | August 31, 2023 | $1,175.77 |
| 22 | RAHEEM RICHARDSON | August 24, 2023 | $2,663.80 |
| 23 | SHA'MALCOLM CALHOUN | December 4, 2023 | $665.28 |
| 24 | SHA'MALCOLM CALHOUN | December 5, 2023 | $539.76 |
| 25 | SHA'MALCOLM CALHOUN | December 5, 2023 | $203.23 |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT 26
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on or about August 18, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

6

## COUNT 27
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on or about August 18, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 28
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on or about July 7, 2023, in the District of South Carolina, and elsewhere, the defendants, **CLARIS SAILOMAN and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 29
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on August 2, 2023, in the District of South Carolina, and elsewhere, the defendants, **RAHEEM RICHARDSON and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 30
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on August 24, 2023, in the District of South Carolina, and elsewhere, the defendants, **RAHEEM RICHARDSON and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 31
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on October 9, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD, and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 32
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on October 9, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 33
### (Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on October 9, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.


## COUNT 34
### (Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on October 11, 2023, in the District of South Carolina, and elsewhere, the defendants, **TIMOTHY LEE WATFORD and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 35
### (Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on August 30, 2023, in the District of South Carolina, and elsewhere, the defendants, **QUANETTA CROSBY and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 36
### (Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on December 3, 2023, in the District of South Carolina, and elsewhere, the defendants, **SHA'MALCOM CALHOUN and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 37
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on December 4, 2023, in the District of South Carolina, and elsewhere, the defendants, **SHA'MALCOM CALHOUN and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## COUNT 38
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on December 4, 2023, in the District of South Carolina, and elsewhere, the defendants, **SHA'MALCOM CALHOUN and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Sections 1028A.

COUNT 39
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on or about December 4, 2023, in the District of South Carolina, and elsewhere, the defendants, **SHA'MALCOLM CALHOUN and LAMPHREY KPAKPO JAMES, III,** did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

COUNT 40
(Aggravated Identity Theft)

THE GRAND JURY FURTHER CHARGES:

That on or about December 4, 2023, in the District of South Carolina, and elsewhere, the defendants, **SHA'MALCOLM CLAHOUN and LAMPHREY KPAKPO JAMES, III**, did knowingly use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Wire Fraud, knowing that the means of identification belonged to another actual person;

In violation of Title 18, United States Code, Section 1028A.

## FORFEITURE

WIRE FRAUD/CONSPIRACY:

Upon conviction to violate Title 18, United States Code, Sections 1343 and 1349 as charged in this Indictment, the Defendants, **TIMOTHY LEE WATFORD, LAMPHREY KPAKPO JAMES, III, CLARIS SAILOMAN, RAHEEM RICHARDSON, QUANETTA CROSBY,** and **SHA-MALCOLM CALHOUN**, shall forfeit to the United States any property, real or personal, constituting, derived from, or traceable to proceeds the Defendants obtained directly or indirectly as a result of such offenses.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

 A. Proceeds/Forfeiture Judgment:

  A sum of money equal to all proceeds the Defendants obtained directly or indirectly as the result of the offenses charged in this Indictment, that is, a minimum of $293,000.00, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violations of 18 U.S.C. §§ 1343 and 1349.

 B. Real Property:

  10515 Greenhead View Road
  Charlotte, North Carolina 28262-1663
  Parcel Number: 029-104-25
  Titled in the names of: Lamphrey K. James and Lakisha Larae Bryant

14

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant:

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with, a third person;
   (c) has been placed beyond the jurisdiction of the Court;
   (d) has been substantially diminished in value; or
   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of a Defendant up to the value of the forfeitable property.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A), and Title 28, United States Code, Section 2461(c).

A _____TRUE_____ BILL

[FOREPERSON signature redacted]

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: /s/ Scott Matthews
J. Scott Matthews (Fed. ID #13779)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-343-3163
Fax: 803-254-2912
Email: Jonathan.Matthews2@usdoj.gov